UNITED STATES DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JEROME STANLEY | ) | Cr. No.  2:15-cv-05005-RMG-BM |
| | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PROTECTION** |
| OFFICER MICHAEL SLAGER, | ) | **FROM ALL COURT APPEARANCES** |
| CITY OF NORTH CHARLESTON | ) | |
| , and NORTH CHARLESTON | ) | |
| POLICE DEPARTMENT | ) | |
| | ) | |

The undersigned requests protection for March 25 through April 1, 2016 for vacation and requests protection from all Court appearances during that time.

Respectfully submitted,

S/  *Ravi Sanyal*
Ravi Sanyal, Esquire
Attorney for Plaintiff
1350 Ashley River Road, Suite F
Charleston, SC  29407
Attorney ID # 7586

Charleston, South Carolina

21st Day of March, 2016