UNITED STATES DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ANTONIO MOORE, | ) | Cr. No. 2:15-2328-PMD |
| | ) | |
| | ) | |
| vs. | ) | **MOTION FOR PROTECTION** |
| SPEEDWAY, LLC and COCA-COLA BOTTLING CO. CONSOLIDATED, | ) ) ) ) | **FROM ALL COURT APPEARANCES** |

The undersigned requests protection for June 17th through June 27th, 2016 and July 28th through August 2nd, 2016 for vacation and requests protection from all Court appearances during that time.

.

Respectfully submitted,

S/ *Ravi Sanyal*
Ravi Sanyal, Esquire
Attorney for Plaintiff
1350 Ashley River Road, Suite F
Charleston, SC  29407
Attorney ID # 7586

Charleston, South Carolina

17th Day of May, 2016

UNITED STATES DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ANTONIO MOORE, | ) | Cr. No. 2:15-2328-PMD |
| | ) | |
| vs. | ) | **ORDER GRANTING PROTECTION** |
| SPEEDWAY, LLC and COCA-COLA BOTTLING CO. CONSOLIDATED, | ) ) ) | **FROM COURT APPEARANCES** |
| | ) | |

WHEREAS, Ravi Sanyal, Esquire, herein respectfully requests protection for the following dates:

June 17th through June 27th, 2016; and

July 28th through August 2nd, 2016.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ravi Sanyal be protected from appearing in court on these dates and if the above-referenced case is called during this time, the same shall be continued.

AND IT IS SO ORDERED!

                                                JUDGE PATRICK MICHAEL DUFFY
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF SOUTH CAROLINA

Charleston, South Carolina

_____ day of May, 2016