UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JEROME STANLEY, | ) | Case No. 2:15-cv-5005-DCN-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO** |
| | ) | **WITHDRAW AS AN ATTORNEY** |
| OFFICER MICHAEL SLAGER and CITY | ) | |
| OF NORTH CHARLESTON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The undersigned, appearing in this matter as attorney for Defendant Officer Michael Slager ("Mr. Slager"), hereby moves this Court for an Order permitting her to withdraw as counsel for Mr. Slager. Mr. Slager will continue to be represented by Eugene P. Corrigan III of the Law Office of Eugene P. Corrigan III, LLC, and the undersigned requests that she be permitted to withdraw as counsel for Mr. Slager.

Pursuant to Local Civil Rule 83.I.07(A), D.S.C., this motion is made with the consent of both Mr. Slager and his remaining counsel, Mr. Corrigan.

Respectfully submitted,

CHANDLER & DUDGEON LLC

By: s/ AMANDA K. DUDGEON
AMANDA K. DUDGEON, Fed ID # 9681
Email: mandi@chandlerdudgeon.com
P.O. Box 547
Charleston, SC 29402
Phone: 843-577-5410
Fax: 843-577-5650

ATTORNEY FOR MICHAEL SLAGER,

July 28, 2016